UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       Case No. 19-cr-20515
                                                       Hon. Mark A. Goldsmith

D-1 JAMIE LAMAR,

        Defendant.

_____/

**ORDER
(1) STAYING DEFENDANT'S DEADLINE TO REPORT TO THE CUSTODY OF THE U.S. MARSHALS SERVICE AND (2) SETTING RESPONSE DEADLINE REGARDING DEFENDANT'S MOTION FOR RECONSIDERATION (Dkt. 63)**

The Court issued an opinion revoking Defendant Jamie Lamar's bond and ordering Lamar to report to the custody of the United States Marshals Service no later than September 30, 2021 (Dkt. 62). Lamar has now filed a motion for reconsideration of that opinion (Dkt. 63). Lamar's deadline to report to the custody of the Marshals is hereby stayed pending further order of the Court. The Government must file a response to Lamar's motion for reconsideration by October 4, 2021.

SO ORDERED.

Dated:  September 30, 2021                       s/Mark A. Goldsmith
       Detroit, Michigan                            MARK A. GOLDSMITH
                                                           United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 30, 2021.

                                                                     s/Karri Sandusky
                                                                       Case Manager